UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

IN RE:        TIMOTHY C. WHITEHURST, SR.,        CASE NO.: 12-73166-FJS
                                          Debtor.    Chapter 13

### NOTICE OF CORRECTED AMENDED MOTION TO MODIFY MORTGAGE LOAN

The Debtor has filed papers with Court to modify his Mortgage.

**Your rights may be affected.** You should read these papers carefully and discuss them with your Attorney, if you have one in this case. (If you do not have an Attorney, you may wish to consult one.)

If you do not want the Court to grant the Relief requested, or if you want the Court to consider your views on the Motion then, on or before 21 days from the filing of this Motion to Modify Mortgage Loan, you or your Attorney must file with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rules 4001(a)-1(C) and 9013-1 (H). You must mail your response to the Court for filing.

You must also mail a copy to:

Clerk of Court
United States Bankruptcy Court
600 Granby Street, Fourth Floor
Norfolk, VA 23510

Steve C. Taylor, Esq.
Law Office of Steve C. Taylor
133 Mount Pleasant Road
Chesapeake, VA 23322

Michael P. Cotter
Chapter 13 Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320

If you or your Attorney do not take the above step(s), the Court may decide you do not oppose the relief sought in the motion and may enter an Order granting the Motion without further notice or hearing.

Date: 2/11/13

_____
Steve C. Taylor

Steve C. Taylor, Esquire
State Bar # 31174
The Law Offices of Steve C. Taylor
133 Mt. Pleasant Road
Chesapeake, VA 23322
Ph (757)482-5705
Fax (757)546-9535

## CERTIFICATE OF MAILING

I do hereby certify that a copy of this Notice of Motion was mailed electronically or via U.S. Mail to the Office of the U.S. Trustee; the Chapter 13 Trustee, the Debtor, and all creditors and parties of interest on the attached Creditor Matrix, this 11th day of February, 2013.

_____
Steve C. Taylor

Steve C. Taylor, Esquire
State Bar # 31174
The Law Offices of Steve C. Taylor
133 Mt. Pleasant Road
Chesapeake, VA 23322
Ph (757)482-5705
Fax (757)546-9535

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | | |
|---|---|---|
| IN RE: | TIMOTHY C. WHITEHURST, SR., Debtor. | CASE NO.: 12-73166-FJS Chapter 13 |

## CORRECTED AMENDED MOTION TO MODIFY MORTGAGE LOAN

### TO THE HONORABLE JUDGE FRANK J. SANTORO:

**COMES NOW** Timothy C. Whitehurst, Sr., Debtor, by counsel and moves the Court for authority to modify his mortgage loan, and in support thereof states as follows:

1) Debtor filed for Chapter 13 Bankruptcy relief on July 24, 2012.

2) Debtors' Chapter 13 Plan was confirmed on January 24, 2013. Debtor has one property, located on 5001 Booker Street, Chesapeake, Virginia 23320, and has a mortgage with OCWEN Loan Servicing, LLC., loan number #71340541.

3) Debtor desires to modify the current mortgage according to the loan modification offered by OCWEN, the terms of which are as follows:

   a. OCWEN is offering to capitalize the mortgage arrears into the principal of the loan, and the amount capitalized will be approximately $23,849.00.

   b. The new principal balance of the loan is $99,834.61.

   c. The maturity date of this loan is July 1, 2034. An initial payment of $554.80 will be required on or before 10/1/12, with monthly payments to be $390.34 per month thereafter.

   d. The interest rate will be 3.11869% until 10/1/2017, then 4.5% and remain fixed until the maturity of the loan.

Steve C. Taylor, Esquire
State Bar # 31174
The Law Offices of Steve C. Taylor
133 Mt. Pleasant Road
Chesapeake, VA 23322
Ph (757)482-5705
Fax (757)546-9535

    c.  The Debtor's principal and interest payments will be $390.34 and payments will begin on October 1, 2012 and continue on the same day of each succeeding month until the loan is paid in full.

  3)  The legal description of the subject property located 5001 Booker Street, Chesapeake, Virginia 23320, is as follows:

> All that certain lot, place or parcel of land, together with the improvements thereon and the appurtenances thereunto belonging, lying, situate and being in Washington Magisterial District in Norfolk, County Virginia, and designated and described on a certain plat or survey entitled "Subdivision of Crestwood Manor, Washington Magisterial District, Norfolk, County Virginia", dated August 1954, by Frank D. Tarrall, Jr., and Associates, Surveyors, and Engineers, which plat is duly of record in the Clerk's Office of the Circuit Court of Norfolk County, Virginia, in Map Books 37 at pages 37 & 38 and designated and described on said plat as Lot Number 1 in block number 0, reference to said plat is hereby made for a more particular description of said lot. It being part of the same property conveyed to the grantors herein by deed from Nicholas Chascione, dated the 20th day of October, 1954, and duly of record in the Clerk's Office of the Circuit Court of Norfolk County, in deed book 1165 at page 199.

  4)  The Debtor believes that modifying his loan is necessary and proper, that the Debtor is able to repay that loan upon the terms set forth above, and that the purpose for modifying his loan is so that the Debtor will be brought current on his arrearages, will have lower payments and will be able to keep his home.

  5)  A copy of the loan modification terms offered by OCWEN is attached to this Motion.

  6)  That Debtor will submit a modified I & J within 10 days of the approval of this loan modification and any other amendments as appropriate.

Steve C. Taylor, Esquire
State Bar # 31174
The Law Offices of Steve C. Taylor
133 Mt. Pleasant Road
Chesapeake, VA 23322
Ph (757)482-5705
Fax (757)546-9535

WHEREFORE, the Debtor respectfully requests that his Motion to Modify Loan be granted as requested and for the purposes described above.

Respectfully Submitted,
TIMOTHY C. WHITEHURST, SR.,

BY: _____
Counsel for Debtor

## CERTIFICATE OF MAILING

I do hereby certify that a copy of this Motion was mailed electronically or via U.S. Mail to the Office of the U.S. Trustee; the Chapter 13 Trustee, the Debtor, and all creditors and parties of interest on the attached Creditor Matrix, this 11th day of February, 2013.

_____
Steve C. Taylor

Steve C. Taylor, Esquire
State Bar # 31174
The Law Offices of Steve C. Taylor
133 Mt. Pleasant Road
Chesapeake, VA 23322
Ph (757)482-5705
Fax (757)546-9535

## CREDITOR MATRIX

Absolute Collection Service
6440 Sky Pointe Dr., Ste 140
Box 154
Las Vegas, NV 89131-0000

Ace Cash Express
6672 Indian River Road
Virginia Beach, VA 23464-0000

Ace Cash Express (RA)
CT Corporation System
4701 Cox Rd., Suite 301
Glen Allen, VA 23060-0000

ACS/Optimum Outcomes (Notice)
CT Corp System, Reg Agent
4701 Cox Rd., Suite 301
Glen Allen, VA 23060-0000

Alliance Asset Mgmnt.
330 Georgetown Sq., #104
Wood Dale, IL 60191-0000

Alliance Asset Mgmnt. (Notice)
George J. Shapiro, Reg. Agent
1303 Vincent Place
Mc Lean, VA 22101-0000

Allianceone Receivables (RA)
CT Corp. System, Reg. Agent
4701 Cox Rd., Suite 301
Glen Allen, VA 23060-6802

American Medical Coll. Agency
2269 S. Saw Mill River Road
Bldg. 3
Elmsford, NY 10523-0000

American Web Loan
522 N 14th Street
Ponca City, OK 74601-0000

Atlantic Billing Assoc-Notice
Vonda Chappell, Reg. Agent
501 Independence Pkwy, Ste 100
Chesapeake, VA 23320-0000

Atlantic Billing Associates
Collection Division
P.O. Box 62327
Virginia Beach, VA 23466-0000

Capital Management Srvcs Inc.
726 Exchange Street Ste. 700
Buffalo, NY 14210-0000

Capital Management Svcs, Inc
Jeffrey Hauser, CEO (CERT)
726 Exchange St., Suite 700
Buffalo, NY 14210-0000

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One (CERT)
Richard D. Fairbank, CEO
1680 Capital One Drive
Mc Lean, VA 22102-0000

Ches Radio-Credit Control Corp
Terry C. Fuller (RA)
11821 Rock Landing Dr.
Newport News, VA 23606-0000

Chesapeake City Attorney
for City of Chesapeake
306 Cedar Road
Chesapeake, VA 23322-0000

Chesapeake Emergency Phys.
PO Box 2028
Chesapeake, VA 23327-2028

Chesapeake Gen. Hosp (notice)
Kaufman & Canoles, PC, Reg. Ag
501 Independence Pky., #100
Chesapeake, VA 23320-5173

Chesapeake Gen. Hospital
PO Box 2028
Chesapeake, VA 23320-0000

Chesapeake General Hospital
736 N. Battlefield Blvd.
Chesapeake, VA 23320-0000

Chesapeake Radiologists
c/o Credit Control Corp.
11821 Rock Landing Dr.
Newport News, VA 23612-0000

Chesapeake Radiology
PO Box 1707
Chesapeake, VA 23327-0000

Chesapeake Regional Med Ctr
736 N. Battlefield Blvd.
Chesapeake, VA 23320-0000

Chespeake Reg Med Ctr-RA
Kaufman & Canoles, Reg. Agent
501 Independence Pkwy Ste 100
Chesapeake, VA 23320-0000

City of Chesapeake
Barbara O. Carraway, Treasurer
PO Box 16495
Chesapeake, VA 23328-6495

College Assist (CERT)
Rob Duffy, CEO
3015 S. Parker Rd, Suite 400
Aurora, CO 80014-2904

College Assist/Co Student
c/o Account Control Tech
PO Box 8012
Canoga Park, CA 91309-8012

Collins Financial
2101 W. Ben White Blvd.
Austin, TX 78704-0000

Collins Financial (Notice)
Jennifer H. Collins, Reg Agent
6627 Fisher Ave.
Falls Church, VA 22046-0000

Commonwealth Asset Svcs Inc
281 Independence Blvd.
Pembroke One Bldg., 5th Floor
Virginia Beach, VA 23462-0000

Cooper, Spong & Davis
200 High Street, Suite 407
Portsmouth, VA 23705-1475

Cox (RA)
Corporation Svc. Co.
BOA Ctr, Flr 16-1111 E.Main St
Richmond, VA 23219-0000

Cox Communications
PO Box 79008
Baltimore, MD 21279-0000

Credit Acceptance Corp (RA)
Corporation Service Co.
1111 E. Main St., 16th Floor
Richmond, VA 23219-0000

Credit Acceptance Corp.
25505 W 12th Mile Rd.
PO Box 513
Southfield, MI 48037-0000

Credit Control Corp.
11821 Rock Landing Dr.
Newport News, VA 23606-0000

Credit Control Corp.(R.A)
Terry C. Fuller
11821 Rock Landing Dr.
Newport News, VA 23606-0000

Deep Creek Crossing
2516 Gilmerton Rd.
Chesapeake, VA 23320-0000

Deep Creek Crossing (Notice)
Vonda Chappell, Reg. Agent
501 Independence Pksy, Ste 100
Chesapeake, VA 23320-5173

Delta Surgical Oncology
355 Crawford St., Suite 102
Portsmouth, VA 23704-2817

Delta Surgical Oncology-Notice
Patrick C. Devine Jr. Reg Agnt
999 Waterside Dr., Suite 1700
Norfolk, VA 23510-0000

Diagnostic Health
PO Box 281206
Atlanta, GA 30384-1206

Diagnostic Health (Notice)
CT Corporation System, Reg Age
4701 Cox Rd., Suite 301
Glen Allen, VA 23060-6802

Direct Loan Servicing Center
U.S. Dept. of Education
PO Box 5609
Greenville, TX 75403-0000

Dollar Financial
c/o Progressive Financial Serv
PO Box 22083
Tempe, AZ 85285-0000

Dollar Financial (RA)
Corporation Service Co.
1111 E. Main St., 16th Floor
Richmond, VA 23219-0000

Dominion Law Assoc. (RA)
William Lascara-Town Ctr
222 Central Park Ave., Ste 210
Virginia Beach, VA 23462-0000

Dominion Law Assoc. RA
William Lascara-Town Ctr
222 Central Park Ave.
Virginia Beach, VA 23462-0000

Dominion Law Associates
222 Central Park Ave Suite 210
PO Box 62719
Virginia Beach, VA 23462-0000

Dominion Pathology Lab
733 Boush St., Suite 200
Norfolk, VA 23510-0000

Dominion Pathology Lab (RA)
T. Braxton McKee
150 W. Main St., Suite 2100
Norfolk, VA 23510-0000

Dominion Virginia Power
P.O. Box 26543
Richmond, VA 23229-0000

Dominion Virginia Power RA
CT Corp System
4701 Cox Rd, Ste. 301
Glen Allen, VA 23060-6802

DriveTime(RA) Corp. Svc. Co.
Bank of America Center
1111 East Main St.
Richmond, VA 23219-0000

DT Credit Corporation
PO Box 29018
Phoenix, AZ 85038-9018

Equidata
724 Thimble Shoals Blvd.
PO Box 6610
Newport News, VA 23606-0000

Equidata (notice)
Bennett Stein, Reg. Ag.
724 Thimble Shoals Blvd, 100
Newport News, VA 23606-0000

ER Solutions (RA)
National Registered Agents Inc
101 Virginia Ave.
Front Royal, VA 22630-0000

ER Solutions, Inc.
800 SW 39th St.
P.O. Box 9004
Renton, WA 98057-0000

EZ Payday Cash
4760 S. Highland Drive #654
Salt Lake City, UT 84117-0000

Focused Healtcare Strategies
9701 Metropolitan Ct., Suite B
Richmond, VA 23236-0000

Focused Healthcare Strat (Not)
Duane A. Deskevich, Reg. Agent
1409 Eastridge Rd.
Henrico, VA 23229-0000

Food Lion
c/o TRS Recovery Services
PO Box 60022
City of Industry, CA 91716-0022

Food Lion (RA)
Corp. Service Co.
1111 E. Main St., 16th Floor
Richmond, VA 23219-0000

Gastro Assoc of Tidewater
160 Kingsley Lane, 200
Norfolk, VA 23505-0000

Gastro Assoc of Tidewater (RA)
Stanley L. Samuels
999 Waterside Dr., Suite 2202
Norfolk, VA 23510-3306

GC Services
6330 Gulfton
Houston, TX 77081-0000

GC Services (RA)
CT Corp. Systems
4701 Cox Rd., Suite 301
Glen Allen, VA 23060-6802

Hampton Roads Pathology
736 N. Battlefield Blvd.
Chesapeake, VA 23320-0000

Hampton Roads Pathology-RA
Amos H. Chang, MD
3145 Inlet Rd.
Virginia Beach, VA 23454-0000

HRUBS
City of Chesapeake
306 Cedar Road
Chesapeake, VA 23322-0000

HRUBS RA
Benjamin Hubbard
709 Greenbrier Parkway
Chesapeake, VA 23320-0000

IC Systems Collections
PO Box 64378
444 Hwy 96 E
Saint Paul, MN 55127-0000

IC Systems Collections-Notice
John Erickson, President/CEO
444 Hwy 96E
Saint Paul, MN 55127-0000

Lab Corp
PO Box 2240
Burlington, NC 27216-2240

Lab Corp (RA)
Corp. Service Co.
1111 E. Main St., 16th Floor
Richmond, VA 23219-0000

Mambo Cash
105 Robino Ct. Ste 409
Wilmington, DE 19804-0000

Moneyshop USA
2020 McDonald Ave.
Brooklyn, NY 11223-0000

Moneyshop USA (notice)
John E. Burchard, President
2020 McDonald Ave.
Brooklyn, NY 11223-0000

Myraid Genetic
320 Wakara Way
Salt Lake City, UT 84108-0000

Myriad Genetics (notice)
Peter D. Meldrum President/CEO
320 Wakara Way
Salt Lake City, UT 84108-0000

National Payday Loan
PO Box 339
Talmage, CA 95481-0000

Nationwide Insurance
c/o NCO Financial Service
PO Box 15740
Wilmington, DE 19850-0000

Nationwide Insurance (RA)
CT Corp. Systems
4701 Cox Rd., Suite 301
Glen Allen, VA 23060-6802

NCO Financial Systems, Inc. RA
CT Corp. System
4701 Cox Road, Ste. 301
Glen Allen, VA 23060-6802

Nelnet Loans (notice)
Michael S. Dunlap, CEO
3015 S. Parker Rd., Suite 425
Aurora, CO 80014-2904

Ntelos
401 Spring Lane, Suite 300
PO Box 1990
Waynesboro, VA 22980-0000

Ntelos (RA)
Corp. Service Co.
1111 E. Main St., 16th Floor
Richmond, VA 23219-0000

Ocwen Loan Servicing
Attn: Bankruptcy Dept.
PO Box 785056
Orlando, FL 32878-0000

Ocwen Loan Servicing, LLC
Attn: Bankruptcy Dept.
PO Box 24738
West Palm Beach, FL 33416-4738

Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
1661 Worthington Rd Suite 100
West Palm Beach, FL 33409-0000

Ocwen Loan Svcing (notice)
Corporation Svc. Co., Reg. Ag.
1111 E. Main St., 16th Floor
Richmond, VA 23219-0000

Paragon Way, Inc
P.O. Box 42829
Austin, TX 78704-0000

Paragon Way, Inc. (RA)
Corporation Service Co.
1111 E. Main St., 16th Floor
Richmond, VA 23219-0000

Patient First
c/o Receivables Management
PO Box 8630
Richmond, VA 23226-0630

Patient First (RA)
Dale E. Austin, Reg. Agent
5000 Cox Rd., Suite 100
Glen Allen, VA 23060-0000

Performance Gen. Assur. (RA)
CT Corp. Systems
4701 Cox Rd., Suite 301
Glen Allen, VA 23060-6802

Permanent General Assurance
PO Box 305054
Nashville, TN 37230-5054

Premiere Credit
2002 Wsley
Indianapolis, IN 46219-0000

Premiere Credit (RA)
CT Corp. System, Reg. Agent
4701 Cox Rd., Suite 301
Glen Allen, VA 23060-6802

Progressive
PO Box 31260
Tampa, FL 33631-0000

Progressive Insurance (RA)
CT Corp. Systems, Reg. Agent
4701 Cox Rd., Suite 301
Glen Allen, VA 23060-6802

Quick Cash
910 Great Bridge Blvd.
Chesapeake, VA 23320-0000

Quick Cash Inc. (RA)
Rajinder Singh, Reg. Agent
7225 Winnipeg Ct.
Gainesville, VA 20155-0000

Quick Cash Loans, Inc. (RA)
Sonia Santos, Reg. Agent
14701 Lee Hwy, #301
Centreville, VA 20121-0000

Receivable Management Ntwrk
PO Box 79698
Baltimore, MD 21279-0000

Receivables Management (RA)
Professional Reg. Agent, LLC
138 S. Rosemont Rd., Suite 206
Virginia Beach, VA 23452-0000

Red Flex for Chesapeake VA
c/o Alliance One Receivables
6565 Kimball Dr., Suite 200
Gig Harbor, WA 98335-0000

Redstone Financial
PO Box 368
Timber Lake, SD 57656-0000

Redstone Financial (notice)
Pauline E Rosenstein, Reg. Ag.
3416 Washington Dr.
Falls Church, VA 22041-0000

Santander Consumer USA
PO Box 660633
Dallas, TX 75266-0000

Santander Consumer USA
8585 N Stemmons Frwy, Ste 1000
Dallas, TX 75247-0000

Santander Consumer USA Inc-RA
c/o CT Corp. System, Reg Agent
4701 Cox Rd., Suite 301
Glen Allen, VA 23060-6802

Santander Consumer USA Inc.
PO Box 961245
Fort Worth, TX 76161-0000

Sentara Collections
535 Independence Pkwy, #700
Chesapeake, VA 23320-0000

Sentara Family Medicine
213 Riverwalk Pkwy., Suite 101
Chesapeake, VA 23320-0000

Sentara Hand Surgery
200 Medical Pkwy., Suite 210
Chesapeake, VA 23320-0000

Sentara Healthcare (RA)
Jeffrey P. King, Reg. Agent
6015 Poplar Hall Dr. Suite 308
Norfolk, VA 23502-0000

Sentara Medical Group
P.O. Box 179
Norfolk, VA 23501-0000

Sentara Medical Group (RA)
Jeffrey P. King, Registered Ag
6015 Poplar Hall Dr. Suite 308
Norfolk, VA 23502-0000

Sonic Cash
Apartado Postal 1536-1200
San Jose Costa Rica

Sonic Cash (Notice)
Jason Brizendine, President
1861 N. Wildwood St.
Boise, ID 83713-0000

Sports Medicine & Ortho-Notice
Jacqueline F. Baker, Reg Agent
700 N Battlefield Blvd Suite D
Chesapeake, VA 23320-0000

Sports Medicine & Orthopeadic
c/o Credit Control Corp.
11821 Rock Landing Rd.
Newport News, VA 23612-0000

Sprint
PO Box 3326
Englewood, CO 80155-0000

Sprint (RA)
Corporation Service Company
BOA Ctr, 16flr: 1111 E Main St
Richmond, VA 23219-0000

Suffolk Medical Associate (RA)
John W. Richardson, Reg Agent
2101 Parks Ave, Ste 700
Virginia Beach, VA 23451-0000

Suffolk Medical Associates
PO Box 7068
Portsmouth, VA 23707-0000

Surgery Center of Ches-Notice
Vonda Chappell, Reg. Agent
501 Independence Pkwy #100
Chesapeake, VA 23320-5173

Surgery Center of Chesapeake
844 Battlefield Blvd N.
Chesapeake, VA 23327-0000

Sykes Bourdon Ahern & Levy, PC
Pembroke One 5th Floor
281 Independence Blvd.
Virginia Beach, VA 23462-0000

Sykes Bourdon Ahern & Levy-RA
Howard R. Sykes, Jr. Reg Agent
281 Independence Blvd 5th Fl.
Virginia Beach, VA 23462-0000

Tidewater Emer Medical-Notice
Vonda Chappell, Reg. Agent
501 Independence Pkwy, Ste 100
Chesapeake, VA 23320-5173

Tidewater Emergency Medical
736 Battlefield Blvd. N
Chesapeake, VA 23320-0000

Tidewater Gastro (Notice)
Thomas R. Frantz, Reg. Agent
222 Central Park Ave. Ste 1700
Virginia Beach, VA 23462-0000

Tidewater Gastro-Ches Office
112 Gainsborough Sq., Ste 200
Chesapeake, VA 23320-0000

TRS Recovery Service Inc
PO Box 60022
City Of Industry, CA 91716-0000

TRS Recovery Services (RA)
Corp. Service Co.
1111 E. Main St., 16th Floor
City of Industry, CA 91716-0000

US Dept of Education-Notice
Phillip Rosenfelt, Gen Counsel
400 Maryland Ave, SW
Washington, DC 20202-0000

USAA
9800 Fredricksburg Road
San Antonio, TX 78288-0000

USAA (Notice)
Josue Robles Jr, CEO
9800 Fredricksburg Road
San Antonio, TX 78288-0000

Verizon (RA)
CT Corporation System
4701 Cox Rd, Ste 301
Glen Allen, VA 23060-6802

Verizon Inc.
P.O. Box 3427
Bloomington, IL 61710-0000

Verizon Virginia, Inc.
500 Technology Drive, Ste. 300
Saint Charles, MO 63304-0000

Wells Fargo (CERT)
John G. Stumpf, CEO
420 Montgomery Street
San Francisco, CA 94104-0000

Wells Fargo/Hilco
c/o NAFS
PO Box 9027
Buffalo, NY 14231-9027